UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY DeMARCO,<br><br>                Plaintiff,<br><br>     v.<br><br>ANDRE ROSSI, et al,<br><br>                Defendants. | Case No. C07-5352RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT AS TO DEFENDANT FURST |

      This matter comes before the court on the Report and Recommendation of Magistrate Judge Kelley Arnold, United States Magistrate Judge (Dkt. 35). The court has considered the remainder of the file herein.

      Magistrate Judge Arnold has recommended that Defendant Dr. Furst is entitled to summary judgment and should be dismissed as a defendant. Dkt. 35 at 3. The plaintiff is alleging he has been denied adequate medical care in violation of the eighth amendment. Dkt. 5. Dr. Furst, however, attempted to aid the plaintiff in receiving his medication (Ritalin). Dkt. 5 at 3g. As a result, the plaintiff's claim that he was denied medical care does not pertain to Dr. Furst, who recommended the medication that the plaintiff believes he was denied. *Id.* Therefore, the Report and Recommendation of Magistrate Judge Kelley Arnold should be adopted and Defendant Dr. Furst dismissed as defendant.

      Therefore, it is hereby

1 **ORDERED** that the Report and Recommendation of Judge Kelley Arnold is **ADOPTED**. Dr.
2 Furst is dismissed as a defendant in this matter. The remainder of is case is referred to United States
3 Magistrate Judge Kelley Arnold.
4 The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
5 party appearing *pro se* at said party's last known address.
6 DATED this 13th day of March, 2008.

                                               ROBERT J. BRYAN
                                               United States District Judge