UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY De MARCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDRE ROSSI, *et al*.,<br><br>　　　　　Defendants. | Case No. C07-5352RJB/JKA<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion for summary judgment is **GRANTED** and this case is **DISMISSED.**

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915 (g).**

DATED this 29th day of August, 2008.

　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　United States District Judge

ORDER
Page - 1